No. 94–5301. SOWELL v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5302. SPENCER v. WORTHINGTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5303. STONE v. UNITED STUDENT AID FUNDS, INC. C. A. 7th Cir. Certiorari denied.

No. 94–5304. TAYLOR v. BERNSTEIN. Sup. Ct. Del. Certiorari denied.

No. 94–5305. WRIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5306. HAYES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5307. FLETCHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5308. FRIEND v. UNITED TECHNOLOGIES/HAMILTON STANDARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5309. GAINER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5310. JERRY v. DOMOVICH, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5311. HIGGASON v. ADANK ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5312. MCPETERS v. CALDERON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 94–5314. STAMEY v. WINN ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5315. STEFFEN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–5317. FOGLEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.